IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHANE POOLE,

    Plaintiff,

v.

                              Case No. : 2:18-cv-810-FtM-99 MRM

TIRE RECYCLING SERVICES OF
FLORIDA, INC., a Florida Profit
Corporation, and CHRISTOPHER
JOHNSON, Individually,

    Defendants.
_____/

## MOTION FOR CLERK'S DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff SHANE POOLE hereby moves for the entry of a default by the Clerk of Court against Defendant, CHRISTOPHER JOHNSON ("Defendant") for failure to serve any paper on the undersigned or file any paper required by law and states as follows:

1.    On December 10, 2018, Plaintiff filed a Complaint for violations of the minimum wage and overtime provisions of the Fair Labor Standards Act ("FLSA") against Defendants. *See* D.E. 1.

2.    On January 12, 2019, Defendant was served with a Summons and a copy of the Complaint. *See* Return of Service, attached as Exhibit "A."

3.    Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant was required to file a responsive pleading to the complaint within 21 days of

being served with the summons and the Complaint. As a result, Defendant's response to the Complaint was due on or before February 2, 2019.

4. As of the filing of the instant Motion, Defendant has failed to respond to the Complaint and therefore failed to plead or otherwise defend this case as provided by the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully requests that in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, the clerk enter a default against Defendant, Christopher Johnson, for failure to serve any paper on the undersigned or file any paper required by law.

Dated: February 6, 2019

*/s/ Chanelle J. Ventura*
Chanelle J. Ventura
Florida Bar No.: 1002876
Andrew R. Frisch
Florida Bar No.: 27777
MORGAN & MORGAN, P.A.
600 North Pine Island Road, Suite 400
Plantation, Florida 33324
Telephone: (954) 318-0268
Facsimile: (954) 327-3039
E-mail: cventura@forthepeople.com
E-mail: afrisch@forthepeople.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2019, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system and served via U.S. Mail on Christopher Johnson, 20220 SW 316th Street, Homestead, FL 33030.

*/s/ Chanelle J. Ventura*
Chanelle J. Ventura