United States
District Court
Middle District of Florida
Ft. Myers Division

Case No:
2:18-cv-810-FtM-99MRM

FILED
2019 MAR 13 PM 12:19
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

Shane Poole,
Plantiff

v.

Tire Recycling Services of Florida, Inc
& Christopher Johnson,
Defendants

Motion to Request to set aside the default judgement to allow myself more time to contact the Plantiff's attorney. I unfortunately was not served properly. I do not reside with my son Christopher Lee Johnson at 1805 Columbus Ave, Lehigh Acres, Fl. I may be contacted at anytime at 239 652 1234. and through the hours of 8A - 6p Monday through Friday at 3460 Dr. Martin Luther King Jr. Blvd., Ft. Myers, Fl. 33916

Christopher C. Johnson
3460 Dr. Martin Luther King Jr. Blvd.
Ft. Myers, Fl. 33916